**SO ORDERED.**

**SIGNED this 14 day of June, 2013.**

                                                **Stephani W. Humrickhouse**
                                                **United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## FAYETTEVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| SUSANNE HALL REAVES | )  CASE NO.  12-06776-8-SWH |
| CHRISTOPHER COY REAVES | )  CHAPTER 13 |
| DEBTORS | ) |

## CONSENT ORDER
## RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

**THIS CAUSE** coming on to be heard before the undersigned Bankruptcy Judge, and it appearing to the Court that eCAST Settlement Corporation (hereinafter "Creditor"), and the Debtors have agreed and consented to the entry of this Order allowing the conditional relief from the automatic stay pursuant to the agreement of the parties as set forth below:

**NOW THEREFORE**, with the agreement and consent of the parties, the Court makes the following:

### FINDINGS OF FACT

1. On September 21, 2012, Susanne Hall Reaves and Christopher Coy Reaves (hereinafter "Debtors"), filed a petition with the Bankruptcy Court in the Eastern District of North Carolina under Chapter 13 of Title 11 of the United States Code.

2. On the date the petition was filed, the Debtors were the owners of a 2011 Yamaha 49 CC, Serial Number LBPCA02Y3C0027117 (hereinafter "Vehicle").

3.      The Creditor and the Debtors have agreed and consented to entry of this Order as shown by the signatures of counsel for the parties appearing below.

**NOW THEREFORE,** by virtue of the law and by reason of the premises aforesaid, and the consent of the parties, it is Ordered, Adjudged and Decreed as follows:

A.      The Trustee shall modify the plan so that, Claim 16-1 in the amount of $8,203.29, will be paid through the plan.  The secured claim amount of $6,150.00 shall be paid in full, with 5.25% interest, through the life of the plan.  The remaining claim balance in the amount of $2,053.29 shall be paid as unsecured.

B.      The Creditor's Attorney fees and costs of $476.00 shall be added to the Chapter 13 Plan with the Trustee to modify the Plan as necessary to accommodate this additional claim.

| /s/Matthew L Underwood<br>Matthew L Underwood<br>Brock & Scott, PLLC<br>Attorney for Creditor | /s/John T. Orcutt<br>John T Orcutt<br>Attorney for Debtors | /s/Robert R Browning<br>Robert R Browning, Interim Trustee<br>No Objection |
|---|---|---|

END OF DOCUMENT